IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LUCIENNE BREWER, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED; TIMOTHY MCPHERSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED; AND TOM GEBKA, *Plaintiffs,* vs. CONSUMERS UNITED, INC., *Defendant.* | § § § § § § § § § § § § § § § § | SA-18-CV-00572-XR |

## ORDER

Before the Court in the above-styled and numbered cause of action is Plaintiffs' Motion to Compel the Deposition of the Designated Representative(s) for Defendant Consumers United, Inc. d/b/a GOJI [#50]. The motion was referred to the undersigned for disposition on May 22, 2019. The Court held a hearing on the motion on June 19, 2019, at which all parties were present as represented by counsel. The Court issued certain oral rulings at the hearing, which it now memorializes with this written Order.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel the Deposition of the Designated Representative(s) for Defendant Consumers United, Inc. d/b/a GOJI [#50] is **GRANTED** as follows:

**IT IS ORDERED** that within **three days** of the date of this Order, Defendant shall identify its designated corporate representative(s) and provide the designated representative(s) availability for deposition within **45 days** from the date of this Order.

**IT IS FURTHER ORDERED** that the depositions of Plaintiffs shall be completed by **August 31, 2019**.

SIGNED this 20th day of June, 2019.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE