FILED
NOV 1 9 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

| | |
|---|---|
| LUCIENNE BREWER, TIMOTHY MCPHERSON, and TOM GEBKA individually and on behalf of all other persons similarly situated,<br><br>*Plaintiffs,*<br><br>VS.<br><br>CONSUMERS UNITED, INC. d/b/a GOJI,<br><br>*Defendant.* | CIVIL ACTION NO.<br><br>5:18-cv-572 |

## ORDER

The Court, upon the Joint Stipulation of Dismissal filed by Plaintiffs Lucienne Brewer, Timothy McPherson and Tom Gebka and Defendant, Consumers United, Inc. d/b/a Goji, Inc. hereby Dismisses the pending claims between Plaintiffs, Lucienne Brewer, Timothy McPherson and Tom Gebka and Defendant, Consumers United, Inc. d/b/a Goji, Inc. with prejudice with each party bearing its owns costs and fees.

IT IS SO ORDERED.

Signed on this 19th day of November, 2019

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE